UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VINCENT LEE GALICIA,

    Defendant.

Case:4:22-cr-20193
Judge: Davis, Stephanie Dawkins
MJ: Ivy, Curtis
Filed: 04-06-2022 At 10:48 AM
INDI USA v GALICIA (sk)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Felon in possession of a firearm
### (18 U.S.C. § 922(g)(1))

On or about March 27, 2021, in the Eastern District of Michigan, Vincent Galicia, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Tennessee Arms Rifle, .223 caliber containing 71 rounds of ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
## POSSESSION OF UNREGISTERED SHORT-BARRELED SHOTGUN
## 26 U.S.C. § 5861(d)

On or about March 27, 2021, in the Eastern District of Michigan, Vincent Galicia, knowingly possessed a firearm as defined in Title 26, United States Code, Section 5845, that is, a Tennessee Arms Rifle, .223 caliber, having a rifle barrel length of less than 16 inches, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845, 5861(d), and 5871.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged

violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

Dated:   April 6, 2022

s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/TIMOTHY TURKELSON
TIMOTHY M. TURKELSON (P53748)
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Timothy.turkelson@usdoj.gov

s/ANTHONY P. VANCE
ANTHONY P. VANCE (P61148)
Assistant United States Attorney
Chief, Branch Offices

| | | Case: 4:22-cr-20193 |
|---|---|---|
| **Companion Case information MUST be completed by AUS** | | Judge: Davis, Stephanie Dawkins |
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** | MJ: Ivy, Curtis<br>Filed: 04-06-2022 At 10:48 AM<br>INDI USA v GALICIA (sk) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☑ No | **AUSA's Initials:** TT |

**Case Title:** USA v. VINCENT LEE GALICIA

**County where offense occurred:** GENESEE

**Check One:**   ☑ Felony     ☐ Misdemeanor     ☐ Petty

    __X__ Indictment/____ Information --- **no** prior complaint.
    ____ Indictment/____ Information --- based upon prior complaint [Case number: _____]
    ____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

04/06/2022
    Date

s/TIMOTHY TURKELSON
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013